**Salame M. AMR, Plaintiff–Appellant,**

v.

**Eddie N. MOORE, Jr.; Larry C. Brown; Keith M. Williamson; Nasser Rashidi; Gerald Burton; Donna Crawford; Gloria Young; Ali Mohamed; Oliver W. Hill, Jr.; Wondi Mersie; Andrew Kanu; Stephan Wildeus; Sharon Evans; American Society Of Engineering Education; American Association for University Professors; Virginia State University Board of Visitors, the, Defendants–Appellees.**

**No. 11–2196.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

**211**

**Terry C. BURRIS, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Defendant–Appellee.**

**No. 11–2184.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Salame M. Amr, Appellant Pro Se. Gregory Clayton Fleming, Senior Assistant Attorney General, Richmond, Virginia; Robert R. Musick, Thompson McMullan, PC, Richmond, Virginia; Jeremy David Capps, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Amr v. Moore*, No. 3:09–cv–00667–REP (E.D.Va. Sept. 26, 2011). Amr's pending motion to stay is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*